# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00326-CV

---

**Michael Anthony Vick, Appellant**

**v.**

**The Estate of Yvonna McComb, Deceased, Appellee**

---

**FROM THE 51ST DISTRICT COURT OF IRION COUNTY**
**NO. CV21-023, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Michael Anthony Vick attempts to appeal from the trial court's judgment signed August 8, 2024. Vick filed a motion for new trial on August 16, 2024, and a notice of appeal on November 25, 2024.

When a party timely files a motion for new trial, as Vick did here, Texas Rule of Appellate Procedure 26.1 requires the filing of a notice of appeal within ninety days after the judgment or appealable order is signed. *See* Tex. R. App. P. 26.1(a)(1). Thus, appellant's notice of appeal was due November 6, 2024. Rule 26.3 permits an appellate court to extend the time to file the notice of appeal if, within fifteen days after the deadline for filing the notice of appeal, the party (1) files in the trial court the notice of appeal and (2) files in the appellate court a motion complying with Rule 10.5(b). *See id.* R. 26.3. Appellant has not filed a motion for extension complying with Rule 10.5(b), it has been more than fifteen days since the due date passed for a notice of appeal, and appellant has not responded to a notice from this Court

informing him that his notice of appeal was untimely and asking him to provide proof of timely mailing of his notice of appeal.

We accordingly dismiss this attempted appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed: June 27, 2025